Ford et al v. Menu Foods Income Fund et al | Doc. 2
Apr 19 07 12:47p  Rene Barge  310-481-9854  p.2
Case 3:07-cv-00734-BTM-RBB  Document 2  Filed 04/23/2007  Page 1 of 4

Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

07 APR 23 PM 2:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

HAYLEY FORD, and SHANNON J. KRAMER, individually, for class members, and on behalf of other members of the public similarly situated,
                Plaintiffs,
vs
MENU FOODS INCOME FUND; MENU FOODS MIDWEST CORPORATION; MENU FOODS SOUTH DAKOTA, INC.; MENU FOODS, INC.; MENU FOODS HOLDINGS, INC.; DEL MONTE FOODS COMPANY; NESTLE PURINA PETCARE COMPANY; HILLS PET NUTRITION; NUTRO PRODUCTS, INC.; WAL-MART STORES; PETCO ANIMAL SUPPLIES, INC.; PETCO SOUTHWEST, INC.; PETCO ANIMAL SUPPLIES STORES, INC.; THE IAMS COMPANY; FRY'S FOOD CENTERS; SMITH'S FOOD AND DRUG CENTERS, INC.; KROGER CO.; CHEMNUTRA, INC. and PETSMART,
                Defendants.

TO: (Name and Address of Defendant)

**SUMMONS IN A CIVIL ACTION**

Case No. **07 CV 0734 BTM (RBB)**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Rene L. Barge, Esq.  State Bar No. 182317
Katherine J. Odenbreit, Esq.  State Bar No. 184619
CLASS ACTION LITIGATION GROUP
1111 Santa Monica Boulevard, Suite 1000
Los Angeles, California 90025-3344
Telephone:  310-481-9851;  Facsimile:  310-479-7051

An answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

**VANESSA PEREZ**

By _____, Deputy Clerk

APR 2 3 2007

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## ATTACHMENT 1 TO SUMMONS IN A CIVIL ACTION

TO:   Paul Henderson, CEO
      Menu Foods Income Fund
      8 Falconer Drive
      Streetsville, Ontario Canada L5N 1B1

      Menu Foods Midwest Corporation
      c/o The Corporation Trust Company
      Corporation Trust Center
      1209 North Orange Street
      Wilmington, DE 19801-1120

      Menu Foods South Dakota, Inc.
      c/o The Corporation Trust Company
      Corporation Trust Center
      1209 North Orange Street
      Wilmington, DE 19801-1120

      Menu Foods, Inc.
      c/o The Corporation Trust Company
      820 Bear Tavern Road
      West Trenton, NJ 08628-1021

      Menu Foods Holdings, Inc.
      c/o The Corporation Trust Company
      Corporation Trust Center
      1209 North Orange Street
      Wilmington, DE 19801-1120

      Del Monte Foods Company
      c/o CT Corporation System
      818 West Seventh Street
      Los Angeles, CA 90017

      Nestle Purina Petcare Company
      c/o CT Corporation System
      818 West Seventh Street
      Los Angeles, CA 90017

      Hills Pet Nutrition
      c/o CT Corporation System
      818 West Seventh Street
      Los Angeles, CA 90017

      Nutro Products, Inc.
      c/o Ronald Ong
      445 Wilson Way
      City of Industry, CA 91744

**ATTACHMENT 1 TO SUMMONS IN A CIVIL ACTION, Page 2**

Wal-Mart Stores, Inc.
c/o The Corporation
425 W. Capitol Avenue, Suite 1700
Little Rock, AK 72201

Petco Animal Supplies, Inc.
c/o Corporation Service Company
Lawyers Incorporating Service
2730 Gateway Oaks Drive, #100
Sacramento, CA 95833

Petco Southwest, Inc.
c/o Corporation Service Company
Lawyers Incorporating Service
2730 Gateway Oaks Drive, #100
Sacramento, CA 95833

Petco Animal Supplies Stores, Inc.
c/o Corporation Service Company
Lawyers Incorporating Service
2730 Gateway Oaks Drive, #100
Sacramento, CA 95833

The Iams Company
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Fry's Food Centers
500 S. 99th Avenue
Tolleson, Arizona 85353

Smith's Food and Drug Centers, Inc.
500 S. 99th Avenue
Tolleson, Arizona 85353

Kroger Co.
Csc-Lawyers Incorporating Service
500 Broad Street, Suite 1800
Columbus, Ohio 43215

ChemNutra, Inc.
c/o National Registered Agents, Inc.
160 Greentree Drive, Ste. 101
Dover, DE 19904

**ATTACHMENT 1 TO SUMMONS IN A CIVIL ACTION, Page 3**

Petsmart
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017