BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Pet Food Products Liability Litigation | ) MDL Docket No. 1850 <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' RESPONSE TO MOTION FOR TRANSFER OF ACTIONS TO CENTRAL DISTRICT OF CALIFORNIA AND FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

Plaintiffs Hayley Ford and Shannon J. Kramer in the Southern District of California action *Ford, et al. v. Menu Foods Income Fund, et al.* No. 07CV734 JAH (CABx) and plaintiffs Jennifer Hart, Maria Mitchell, and Sheila Washington, in the action removed from the Los Angeles Superior Court to the Central District of California, *Wahl et al. v. Menu Foods Income Fund, et al.* No. 07CV02779 SJO (AJW), hereby join in the request for transfer filed by Plaintiff Dawn Howe in the Central District of California action, *Howe v. Menu Foods Limited et. al.,* No. 07CV02060 GHK (AJWx), and respectfully move the Panel for and Order pursuant to 28 U.S.C. § 1407 to transfer the pending cases identified in the schedule of actions filed with Plaintiff Howe's motion, as well as the following cases: *Ford et. al. v. Menu Foods et. al.,* No. 07CV734 JAH (CABx) and *Wahl et. al. v. Menu Foods et. al.,* No. 07CV02779 SJO (AJWx), as well as any subsequently filed cases involving similar facts and claims to the United States District Court for the Central District of California, and to consolidate them for pretrial

proceedings before the Honorable George K. King, to whom the low numbered case is assigned in the Central District of California.

The *Ford et. al.* and *Wahl et. al.* actions were not included in the initial requests before this Panel and Plaintiffs were just recently made aware of these motions and the hearing for consideration thereof scheduled for May 31, 2007 in Las Vegas. Plaintiffs *Wahl, et al.* also respectfully request this Panel take into account the following considerations in addition to those set forth in the initial request to transfer and consolidate these actions in the Central District of California.

## I.

## THERE ARE CURRENTLY AT LEAST FOUR PUTATIVE CLASS ACTIONS FILED IN CALIFORNIA ALLEGING VIOLATIONS OF CALIFORNIA TORT AND CONSUMER LAWS ARISING FROM CALIFORNIA PLAINTIFFS' PURCHASE OF ALLEGEDLY TAINTED PET FOOD PRODUCTS.

*Wahl et al. v. Menu Foods et al.*, No. 07CV02779 was filed in the Los Angeles County Superior Court on April 10, 2007.[1] This case alleges violations of and seeks damages from various defendants exclusively under California tort and consumer protection laws. Plaintiffs are aware of at least four other actions initially filed in the California Superior Court, subsequently removed to Federal Court, and alleging violations of California laws: *Lois Grady and Kaye Steinsapir v. Menu Foods Income Fund, Menu Foods, Inc., Menu Foods Limited, Menu Foods Operating Limited Partnership, Menu Foods Midwest Corp., Petco Animal Supplies, Inc., and Nutro Products*, No. 07CV02253 in the Central District of California; *Kelly Finestone v. Menu*

---

[1] Defendants Menu Foods, et al. filed a Notice of Removal to Federal Court in this action on May 8, 2007.

in the Central District of California, *Robert Payne and Steve Bartilucci v. Menu Foods, Inc., Petco Animal Supplies, Inc., Safeway, Inc. and Proctor & Gamble Company*, No. 07CV00705 in the Central District of California, and *Diane Swarberg v. Menu Foods Holdings Inc. and The IAMS Company*, No. 07CV00706.

Previously the Panel has considered coordination of pretrial proceedings between transferred federal court actions and related state court actions. Transferring the cases to a federal district in which state court actions are pending has been traditionally favored. (*See* In re General Motors Corp. Securities & Derivative Litigation 429 F.Supp.2d 1368 (J.P.M.L. 2006); In re Delphi Corp. Securities, Derivative and "ERISA" Litigation 403 F.Supp.2d 1358 (J.P.M.L. 2005); In re Texas Gulf Sulphur Securities Litigation 344 F.Supp.1398 (J.P.M.L. 1972)). Transfer to a district where state actions are pending allows the opportunity for discovery efforts to be coordinated thereby facilitating the processing of the various actions and minimizing the drain on judicial resources. (In re Bomb Disaster at Roseville, California on April 28, 1973 399 F.Supp. 1400 (J.P.M.L. 1975), 1403).

To Plaintiffs' knowledge, no other parties have filed actions in any other state Superior Court. Any federal court sitting in diversity will be required to strictly apply the substantive state law to the California state claims. (Erie v. Thompkins (1938) 304 U.S. 64,78; Feldman v. Allstate Ins. Co. (2003) 322 F.3d 660, 666). Therefore California is a logical choice for transfer of all of the related litigation because California federal judges are likely to have the greatest familiarity with the nature of the state cases and issues

involved. (In re American Investors Life Ins. Co. Annuity Marketing and Sales Practices Litigation 398 F.Supp.2d 1361 (J.P.M.L. 2005); In re Data General Corp. 470 F.Supp. 855, 859).

For the reasons stated above and as stated in the Motion filed by plaintiff Dawn Howe, plaintiffs Hayley Ford, Shannon J. Kramer, Jennifer Hart, Maria Mitchell, and Sheila Washington respectfully request that all of the In re Pet Food Products Liability Litigation actions, and any other action subsequently filed asserting similar or related claims arising out of the same or similar nucleus of facts, be transferred to the Central District of California for consolidated or coordinated proceedings before the Honorable George H. King.

DATED: May 11, 2007

CLASS ACTION LITIGATION GROUP

_____
KATHERINE J. ODENBREIT

11111 Santa Monica Blvd., Ste. 1000
Los Angeles, CA 90025
Telephone: (310)481-9851
Facsimile: (310)481-9854
Email: kodenbreit@class-action-attorneys.com
rbarge@class-action-attorneys.com

Counsel for Hayley Ford, Shannon J. Kramer, Jennifer Hart, Maria Mitchell, Sheila and Washington

4

# CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 11111 Santa Monica Boulevard, Suite 1000, Los Angeles, California 90025-3344.

2. That on May 14, 2007, declarant served **PLAINTIFFS' RESPONSE TO MOTION FOR TRANSFER OF ACTIONS TO CENTRAL DISTRICT OF CALIFORNIA AND FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407** by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of May, 2007, at Los Angeles, California.

_/s/ Mary McKeon_

Mary McKeon

# SERVICE LIST

Jeffrey Luthi
Clerk of the MDL Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255
Washington, D.C. 20002-8004

**VIA FEDERAL EXPRESS ONLY TO CLERK OF THE MDL PANEL**
**ORIGINAL AND FOUR (4) COPIES PLAINTIFFS' RESPONSE**
**ORIGINAL PROOF OF SERVICE**
**DISK WITH DOCUMENT IN WORDPERFECT**

**VIA U.S. MAIL TO:**

| | |
|---|---|
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>Email: steve@hbsslaw.com | Heller, Staccy; Johnson, Suzanne E;<br>Klemann, Craig R; Kornelius, Audrey;<br>Mitchell; Cecily, Mitchell; Terrence, Rapp;<br>David, Robinson; Toinette, Smith, Barbara |
| John Blim<br>BLIM & EDELSON, LLC<br>53 West Jackson Blvd., Suite 1642<br>Chicago, IL 60604<br>Telephone: 312-913-9400<br>Facsimile: 312-913-9401<br>Email: john@blimlaw.com<br>jay@blimlaw.com | Majerczyk, Dawn |

| | |
|---|---|
| Perry A. Craft<br>CRAFT & SHEPPARD<br>214 Centerview Drive, Suite 233<br>Brentwood, TN 37027<br>Telephone: 615-309-1707<br>Facsimile: 615-309-1717<br>Email: perrycraft@crafsheppardlaw.com | Holt, Lizaycan; Lescavie; Dornage Leonard, Kim; Leroy Debra |
| James L. Davidson<br>LERACH COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561-750-3000<br>Facsimile: 561-750-3364<br>Email: jdavidson@lerachlaw.com | Troiann, Christina |
| Eukanuba<br>One Proctor & Gamble Plaza C-2<br>Cincinnati, OH 45202 | Eukanuba |
| Jason M. Hatfield<br>LUNDY & DAVIS, LLP<br>300 North College Avenue, Suite 309<br>Fayetteville, AR 72701<br>Telephone: 479-527-3921<br>Facsimile: 479-587-9196<br>Email: jhatfield@lundydavis.com | Sims, Charles Ray; Sims, Pamela |
| Jeremy Y. Hutchinson<br>PATTON, ROBERTS, McWILLIAMS<br>   & CAPSHAW<br>111 Center Street, Suite 1315<br>Little Rock, AR 72201<br>Telephone: 501-372-3480<br>Facsimile: 501-372-3488<br>Email: jhutchinson@pattonroberts.com | Widen, Barbara; Widen, Richard Scott |

| | |
|---|---|
| Ireland, D. Jeffrey<br>Faruki, Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH 45402<br>Telephone: 937-227-3710<br>Facsimile: 937-2273749<br>Email: djireland@ficlaw.com | Iams Co. |
| Adam Karp<br>ANIMAL LAW OFFICES<br>114 W. Magnolia Street, Suite 425<br>Bellingham, WA 98225-4354<br>Telephone: 360-738-7273<br>Facsimile: 360-392-3936<br>Email: adam@animal-lawyer.coom | James, Don; Suggert, Michele |
| Michael David Meyers<br>MYERS & COMPANY<br>1809 7th Avenue, Suite 700<br>Seattle, WA 98101<br>Telephone: 206-398-1188<br>Facsimile: 206-398-1189<br>Email: mmyers@myers-company.com | Whaley, Tom |
| Bruce E. Newman<br>NEWMAN, CREED & ASSOCIATES<br>P.O. Box 575<br>Bristol, CT 06011-0575<br>Telephone: 860-583-5200<br>Facsimile: 860-582-0012<br>Email: bnewman@newmancreedlaw.com | Osborne, Oauri A.; Sokolwski, Todd |
| Daniel L. Rottinghaus<br>BERDING & WEIL<br>3240 Stone Valley Road West<br>Almo, CA 94507<br>Telephone: 925-838-2090<br>Facsimile: 925-820-5592 | Swarberg, Diane |

| | |
|---|---|
| Edward B. Ruff, III<br>PRETZEL & STOUFFER, Chtd.<br>One South Wacker Drive, Suite 2200<br>Chicago, IL 60606-4673<br>Telephone: 312-3461973<br>Email: eruff@pretzel-stouffer.com | Menu Foods<br>Menu Foods Midwest Corporation<br>Menu Foods, Inc.<br>Menu Foods Income Fund<br>Menu Foods Holding, Inc.<br>Menu Foods Gen Par Limited<br>Menu Foods Limited Partnership<br>Menu Foods Operating Partnership<br>Menu Foods, Inc.<br>Menu Foods Ltd. |
| Sherrie R. Savett<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: 215-875-3071<br>Facsimile: 215-875-5715 | Cohen, Mark; Cohen, Mona; Workman, Jared |
| Wal-Mart Stores, Inc.<br>C/O Registered Agent<br>Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801-1120 | Wal-Mart Stores, Inc. |
| Kenneth A. Wexler<br>WEXLER TORISEVA WALLACE<br>1610 Arden Way, Suite 290<br>Sacramento, CA 95815<br>Telephone: 916-568-1100 | Sexton, Shirley |